IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE OFFEREINS, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-08032 |
| v. ) | |
| ) | Honorable Joan B. Gottschall |
| DISCOVER FINANCIAL SERVICES, ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiff Diane Offereins ("Plaintiff" or "Ms. Offereins") and Defendant, Discover Financial Services ("Defendant" or "Discover"), by and through their attorneys (together, the "Parties") hereby submit this Joint Status Report.

1. On December 8, 2025, the Parties submitted a joint status report addressing mediation and discovery, including the Parties' initial disclosures, the exchange of Requests for Production by both Parties, and the entry of a Confidentiality Order. ECF No. 55.

2. Since the filing of the December 8 joint status report, the Parties have scheduled mediation.

3. Document discovery is ongoing. The Parties anticipate serving additional discovery requests.

4. The Parties propose to submit another joint status report on or before February 20, 2026.

Dated: January 20, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Sean Hecker* | */s/ C. William Phillips* |
| Sean Hecker* | C. William Phillips* |
| Julie E. Fink* | Evan D. Parness* |
| Andrew L. Chesley* | Catherine M. Carulas* |
| Jocelyn Hassel* | COVINGTON & BURLING LLP |
| HECKER FINK LLP | 30 Hudson Yards |
| 350 Fifth Avenue, 63rd Floor | New York, NY 10001 |
| New York, New York 10118 | (212) 841-1000 |
| (212) 763-0883 | cphillips@cov.com |
| shecker@heckerfink.com | eparness@cov.com |
| jfink@heckerfink.com | ccarulas@cov.com |
| achesley@heckerfink.com | |
| jhassel@heckerfink.com | Michael J. Gray |
| | Efrat R. Schulman |
| Katherine Epstein* | JONES DAY |
| HECKER FINK LLP | 110 North Wacker Drive, Suite 4800 |
| 1050 K Street NW, Suite 1040 | Chicago, Illinois 60606 |
| Washington, DC 20001 | (312) 782-3939 |
| (212) 763-0883 | mjgray@jonesday.com |
| kepstein@heckerfink.com | eschulman@jonesday.com |
| | |
| Stephen Chahn Lee | *Counsel for Defendant Discover Financial Services* |
| Law Office of Stephen Chahn Lee, LLC | |
| 209 S. LaSalle Street, Suite 950 | |
| Chicago, IL 60604 | **admitted pro hac vice* |
| (312) 436-1790 | |
| slee@stephenleelaw.com | |

*Counsel for Plaintiff Diane Offereins*

**admitted pro hac vice*